```
1   Alan I. Schimmel, Esq.  SBN 101328
    Michael W. Parks, Esq. SBN 154531
2   Stacey R. Cutting, Esq.  SBN 265993
    SCHIMMEL & PARKS, APLC
3   15303 Ventura Blvd., Suite 650
    Sherman Oaks, CA 91403
4   Telephone: 818.464.5061/Facsimile: 818.464.5091

5   Attorneys for Plaintiff BARBARA R. RUCH

6

    Fraser A. McAlpine, Esq. SBN 248554
7   Angel R. Sevilla, Esq. SBN 239072
    Conor J. Dale, Esq.  SBN 274123
8   JACKSON LEWIS, P.C.
    50 California Street, 9th Floor
9   San Francisco, CA 94111
    Telephone: 415.394.9400/Facsimile: 415.394.9401
10
    Attorneys for Defendant AM Retail Group, Inc. dba
11  G.H. Bass & Co.
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA R. RUCH, an individual, on behalf of herself and all others similarly situated, and on behalf of all other "aggrieved" employees,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>AM RETAIL GROUP, INC., individually and dba. G.H. Bass & CO., and DOES 1-50,,<br><br>　　　　　　　　　　Defendants. | Case No. 3:14-cv-05352-MEJ<br>[Assigned to Dept. 18, Hon. Maria-Elena James]<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION COMPLETION DATE AND CASE MANAGEMENT CONFERENCE** |

Pursuant to Local Civil Rules 6-2, Plaintiff Barbara R. Ruch, ("Plaintiff") and Defendant AM Retail Group, Inc. ,("Defendants"), by and through their respective counsel, and hereby stipulate as follows:

WHEREAS, the court issued a Case Management Order on February 26, 2015;

WHEREAS, the court set a mediation completion date in this matter for July 15, 2015;

WHEREAS, the Court scheduled a Case Management Conference for August 6, 2015;

**STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION<br>COMPLETION DATE AND CASE MANAGEMENT CONFERENCE**

1  WHEREAS, the Court ordered that parties file a case management statement by July 30, 2015;

3  WHEREAS, the parties request a 45 day continuance of the mediation completion date, and Case Management Conference date and other related dates in order to coordinate and conduct depositions of witnesses who will be traveling from out of state to California.

6  WHEREAS, based on the schedules of counsel and witnesses, the parties are currently scheduling these depositions for the week of July 20th in San Francisco;

8  AND, WHEREAS the parties agree that the continuance will facilitate and accommodate the discovery and depositions needed to assist the parties with mediation and class certification issues;

11  NOW, THEREFORE, the Parties stipulate and agree that the mediation completion date shall be continued to at least August 31, 2015; if the parties are unable to resolve the matter at mediation they shall file a joint Case Management Statement by September 14, 2015; the Court's case management conference shall be continued for approximately 45 days to September 21, 2015, or to another date thereafter that is convenient for the Court. The Parties further stipulate that all deadlines contained in the Court's "Case Management Order" shall comport with the continued Case Management Conference date.

IT IS SO STIPULATED.

DATED: June 4, 2015                    SCHIMMEL & PARKS
                                       A Professional Law Corporation

                                       /s/Michael W. Parks
                                       _____
                                       Alan I. Schimmel
                                       Michael W. Parks
                                       Stacey R. Cutting
                                       Attorneys for Plaintiff BARBARA R. RUCH

DATED: June 4, 2015                    JACKSON LEWIS P.C.

                                       /s/Fraser A. McAlpine
                                       _____
                                       Fraser A. McAlpine
                                       Angel R. Sevilla
                                       Conor J. Dale
                                       Attorneys for Defendant AM Retail Group, Inc.

# **ORDER**

The Court, having reviewed the Stipulation and proposed Order Continuing the Mediation Completion Date and the Case Management Conference, and good cause appearing therefore, makes the following Order:

The mediation completion date shall be continued to August 31, 2015, and the Case Management Conference currently scheduled for August 6, 2015, is hereby continued to September 21, 2015 at 10:30 a.m., and all deadlines contained in the Court's "Case Management Order" shall comport with the continued Case Management Conference Date.

IT IS SO ORDERED.

Dated: June 4, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge