Alan I. Schimmel, Esq. SBN 101328
Michael W. Parks, Esq. SBN 154531
Stacey R. Cutting, Esq. SBN 265993
SCHIMMEL & PARKS, APLC
15303 Ventura Blvd., Suite 650
Sherman Oaks, CA 91403
Telephone: (818) 464-5061
Facsimile:  (818) 464-5091

Attorneys for Plaintiff,
BARBARA R. RUCH

Fraser A. McAlpine, Esq. SBN 248554
Angel R. Sevilla, Esq. SBN 239072
Conor J. Dale, Esq. SBN 274123
JACKSON LEWIS, P.C.
50 California Street, 9th Floor
San Francisco, CA 94111
Telephone: (415) 394-9400
Facsimile:  (415) 394-9401

Attorneys for Defendant,
AM RETAIL GROUP, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA R. RUCH, an individual, on behalf of herself and all others similarly situated, and on behalf of all other "aggrieved" employees,<br><br>Plaintiffs,<br><br>v.<br><br>AM RETAIL GROUP, INC., individually and dba G.H. BASS & CO., and DOES 1-50<br><br>Defendants. | Case No.  3:14-cv-05352-MEJ<br><br>AMENDED<br>**STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION COMPLETION DATE AND CASE MANAGEMENT CONFERENCE**<br><br>Magistrate Judge Maria-Elena James<br><br>State Complaint Filed: 10/10/2014<br>Removal Filed: 12/5/2014<br>Trial Date:  None Set |

Pursuant to Local Rule 6-2 of the Northern District of California, Plaintiff Barbara R. Ruch ("Plaintiff") and Defendant AM Retail Group, Inc. ("Defendant"), by and through their respective counsel, hereby stipulate as follows:

1

STIPULATION AND [PROPOSED] ORDER  CONTINUING MEDIATION COMPLETION
DATE  AND CASE MANAGEMENT CONFERENCE            Case No. 3:14-cv-05352-MEJ

WHEREAS, on June 4, 2015, the Court set a mediation completion date in this matter for August 31, 2015;

WHEREAS, on June 4, 2015, the Court set a Case Management Conference for September 21, 2015;

WHEREAS the Parties have met and conferred in good faith and have agreed to submit this matter to private mediation;

WHEREAS mediation is scheduled for October 5, 2015 before Michael E. Dickstein.

AND, WHEREAS the Parties agree that the continuance will facilitate and accommodate discovery and depositions needed to assist the parties with mediation and class certification issues;

NOW, THEREFORE, the Parties stipulate and agree that the mediation completion date shall be continued to at least October 10, 2015. If the Parties are unable to resolve the matter at mediation, they shall file a joint Case Management Statement by October 14, 2015. The Court's case management conference shall be continued to October 19, 2015, or to another date thereafter that is convenient for the Court. The Parties further stipulate that all deadlines contained in the Court's "Case Management Order" shall comport with the continued Case Management Conference date.

IT IS SO STIPULATED.

DATED:  July 28, 2015                         SCHIMMEL & PARKS
                                              A Professional Law Corporation

                                                  /s/ Michael W. Parks
                                              Alan I. Schimmel
                                              Michael W. Parks
                                              Stacey R. Cutting
                                              Attorneys for Plaintiff BARBARA R. RUCH

DATED: July 28, 2015                          JACKSON LEWIS P.C.

                                                  /s/ Fraser A. McAlpine
                                              Fraser A. McAlpine
                                              Angel R. Sevilla
                                              Attorneys for Defendant,
                                              AM RETAIL GROUP, INC.

AMENDED **ORDER**

The Court, having reviewed the Stipulation and proposed Order Continuing the Mediation Completion Date and the Case Management Conference, and good cause appearing therefore, makes the following Order:

The mediation completion date shall be continued to October 10, 2015, and the Case Management Conference currently scheduled for September 21, 2015, is hereby continued to October ~~19~~ 22, 2015 at ~~10:30 a.m.~~ 10:00 AM, and all deadlines contained in the Court's "Case Management Order" shall comport with the continued Case Management Conference Date.

`A joint Case Management Statement shall be filed by October 15, 2015.`

IT IS SO ORDERED.

Dated: August 3, 2015

_____
The Honorable Maria-Elena James
United States Magistrate Judge