# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA RUCH,<br><br>    Plaintiff,<br><br>v.<br><br>AM RETAIL GROUP, INC. INDIVIDUALLY AND DBA, G.H. BASS & CO.,<br><br>    Defendant. | Case No. 14-cv-05352-MEJ<br><br>**ORDER APPROVING CLASS NOTICE FORM AND SETTING NOTICE AND RELATED DEADLINES**<br><br>Re: Dkt. No. 23, 28 |

On March 24, 2016, the Court granted preliminary approval of the parties' class action settlement but requested they make certain changes to the proposed class notice before mailing to all potential class members. Dkt. No. 28. Having received and reviewed the revised notice (Dkt. No. 29), the Court hereby **APPROVES** the revised form and **ORDERS** as follows:

1) AM Retail Group shall provide the Settlement Administrator with all information necessary for the Administrator to be able to mail Notices to members of the Settlement Class by **April 21, 2016**.

2) The Administrator shall mail out the Class Notice to members of the Settlement Class via U.S. Mail by **May 5, 2016**. Class Counsel shall file a declaration by **May 12, 2016** confirming whether this mailing has occurred. No chambers copy is required.

3) Class Counsel shall file its Motion for Attorneys' Fees and Costs by **May 5, 2016**.

4) Any request for exclusion by members of the Settlement Class to the proposed Settlement Agreement must be postmarked by **July 5, 2016**. Any objection by members of the Settlement Class must be filed with the Court by **July 5, 2016**.

5) Class Counsel shall file a motion for final approval of the settlement agreement by **July 28, 2016**.

6) A Final Fairness Hearing shall be held before this Court on **September 1, 2016**, at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California to determine all necessary matters concerning the Settlement Agreement, including: whether the proposed Settlement Agreement's terms and conditions are fair, adequate, and reasonable; whether Class Counsel's attorneys' fees and reimbursement of expenses should be approved; and whether an order approving the Settlement Agreement and dismissing the action on the merits, subject to the Court retaining jurisdiction to administer and enforce the Settlement Agreement, should be entered.

7) The Final Fairness Hearing may be continued or adjourned by order of the Court and without further notice to members of the Settlement Class, except for those class members who have filed timely objections or entered appearances.

8) Counsel for the parties are hereby authorized to utilize all reasonable procedures in connection with the administration of the Settlement Agreement which are not materially inconsistent with either this Order or the terms of the Settlement Agreement.

**IT IS SO ORDERED.**

Dated: April 6, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge